| | |
|---|---|
| ADAMS \| NYE \| BECHT LLP<br>222 Kearny Street, Seventh Floor<br>San Francisco, California 94108-4521<br>Telephone: (415) 9828955<br>Facsimile: (415) 9822042<br><br>Attorneys for Defendants<br>SRE CALIFORNIA-8 SCH, LLC and SANTA CLARA IMPORTED CARS, INC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SRE CALIFORNIA-8 SCH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; SANTA CLARA IMPORTED CARS, INC, A CALIFORNIA CORPORATION; AND DOES 1-10,<br><br>　　　　Defendants | No. 5-17-CV-01747-NC<br><br>SUBSTITUTION OF ATTORNEYS<br><br>Complaint filed March 29, 2017 |

　　THE COURT AND ALL PARTIES ARE NOTIFIED that Defendants SRE CALIFORNIA-8 SCH, LLC and SANTA CLARA IMPORTED CARS, INC. make the following substitution:

　　Former legal representative was Adams Nye Becht LLP;

　　New legal representative is:

> Bruce Nye, State Bar No. 77608
> The Scali Law Firm
> 1901 Harrison St., 14 Fl.
> Oakland, CA 94612
> (510) 2484775
> bnye@scalilaw.com

///

---

1
SUBSTITUTION OF ATTORNEYS

I consent to this substitution:

Dated: June 30, 2017    /s/ Steven Coss
Steven Coss, Corporate Secretary for
Defendant Autobahn, Inc., dba Autobahn Motors


Dated: June 30, 2017    ADAMS NYE BECHT LLP


By:  /s/ Barbara Adams
Barbara Adams
Former Attorney for Defendant Autobahn, Inc.,
dba Autobahn Motors


Dated: June 30, 2017    THE SCALI LAW FIRM


By:  /s/ Bruce Nye
Bruce Nye
New Attorney for Defendant Autobahn, Inc.,

SUBSTITUTION OF ATTORNEYS

## CERTIFITATION OF SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), I certify that I have obtained the concurrence of all parties' counsel to affix their signatures to this Stipulation.

Dated: June 30, 2017                    ADAMS NYE BECHT LLP


By: /s/ Barbara R. Adams
Barbara R. Adams
Former Attorneys' Office for Defendants
SRE CALIFORNIA-8 SCH, LLC and
SANTA CLARA IMPORTED CARS, INC.